UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JEREMY PAUL CAGLE                                                                PLAINTIFF
ADC #163349

V.                                      No. 4:20CV00124-JM

WRIGHT, Sergeant, Transport Officer,
Pulaski County Regional Detention
Facility, *et al.*                                                               DEFENDANTS

## **JUDGMENT**

Consistent with the Order entered separately today, this case is dismissed without prejudice. All relief sought is denied, and the case is closed.

DATED this 2nd day of April, 2020.

_____
UNITED STATES DISTRICT JUDGE